IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR 215-44 |
| | ) | |
| CARLTON GIBSON | ) | |

ORDER

The Court having considered Mr. Gibson's Motion for Order Allowing Defendant to Dress in Civilian Clothing at Sentencing Hearing, and said motion being unopposed by the government, the same hereby is GRANTED.

So ORDERED, this 14 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA